

# IN THE
# TENTH COURT OF APPEALS

## No. 10-11-00094-CV

**MORRELL MASONRY SUPPLY, INC.,**

                                                            **Appellant**

 **v.**

**JOE ODEN AND MARCIA ODEN,**

                                                            **Appellee**

From the 87th District Court
Leon County, Texas
Trial Court No. NOT-09-379

## MEMORANDUM  OPINION

Appellant has filed a "Motion to Dismiss Appeal."  *See* TEX. R. APP. P. 42.1(a)(1). It states that the parties have entered into a settlement agreement and that Appellant seeks dismissal of this appeal with costs to be assessed against the party incurring them.

Dismissal of this appeal would not prevent a party from seeking relief to which it would otherwise be entitled.  The motion is granted, and the appeal is dismissed with each party to pay the costs in this behalf expended as they have been incurred.

REX D. DAVIS
Justice


Before Chief Justice Gray,
        Justice Davis, and
        Justice  Scoggins
Motion granted; appeal dismissed
Opinion delivered and filed July 27, 2011
[CV06]